

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MEYER, MARC BELL, LARRY MULLIGAN-GIBBS and AIMEE JOHNSON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION,<br><br>Defendant. | Civ. No. 11-CV-6268 (ALC)(MHD) |

**[PROPOSED] ORDER**

Upon consideration of defendant United States Tennis Association's February 22, 2012 written submission pursuant to Local Rule 37.2, plaintiffs' February 23, 2012 response, defendant's February 28, 2012 reply, and the parties' arguments made at the March 2, 2012 discovery conference before the Court, it is hereby:

ORDERED that, in response to Number 13 of Defendant United States Tennis Association's First Request for Production of Documents, plaintiffs shall produce those portions of the named plaintiffs' tax returns from 2005 to the present that reflect (1) the named plaintiffs' income and expenses related to the United States Tennis Association ("USTA"), (2) the named plaintiffs' income and expenses related to the performance of tennis umpiring services for entities other than the USTA, and (3) any other sources of earned income from any named plaintiff's employment. Such production shall include but not be limited to all copies of Schedule C and any schedules or forms sufficient to determine the named plaintiffs' employment

or business income, provided, however, that plaintiffs may redact information relating to income or deductions unrelated to the earned income and expenses described above, including named plaintiffs' passive investment income, charitable contributions, mortgage interest deductions, medical and dental deductions, casualty and theft losses, unreimbursed employee business expenses that are not related to tennis umpiring income, capital gains, dividends, interest income, IRA distributions, rental income, and all information relating solely to the income and tax treatment of the named plaintiffs' spouses; and it is

FURTHER ORDERED that plaintiffs' production as ordered herein shall be made to the USTA no later than March 26, 2012.[1]

**SO ORDERED.**

**New York, New York**
    **Dated:** 3/15/12

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs' input into the drafting of this order, at the Court's direction, shall not be deemed a waiver of Plaintiffs' right to object to this Order pursuant to Federal Rule of Civil Procedure 72, or to move for reconsideration pursuant to Local Civil Rule 6.3, which time periods begin to run upon the entry of this Order.