

**MEMO ENDORSED**

212 EAST 39TH STREET

NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

DIRECT PHONE 212 284 5248

www.abbeyspanier.com

**ORIN KURTZ**

okurtz@abbeyspanier.com

June 29, 2012

By E-Mail

The Honorable Andrew L. Carter
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-2-12
```

Re:   Meyer, et al. v. United States Tennis Association,
No. 11-civ-6268 (ALC)(MHD)

Dear Judge Carter:

This firm is one of the counsel for the Plaintiffs in this action.  I write to request an order, pursuant to Section C of Your Honor's Individual Practices, permitting Plaintiffs to file one exhibit in connection with Plaintiffs' motion for class certification (Dkt. No. 48) under seal.

Specifically, Plaintiffs seek to file Exhibit 17 to the Declaration of Orin Kurtz (Dkt. No. 50-18) under seal.  That exhibit contains references to two disciplinary actions taken by the USTA against certain umpires who worked at the US Open.  These documents contain information concerning potentially criminal acts and/or details of the private lives of certain umpires, which may cause embarrassment or harm to the reputation of these absent class members.  Accordingly, Plaintiffs request that Exhibit 17 be sealed.  I have conferred with counsel for the Defendant; counsel agreed that this Exhibit should be sealed and consented to this request.

Thank you for your attention to this matter.

*Request to file under seal granted.*

Respectfully submitted,

Orin Kurtz

cc:   Nathan J. Oleson, Esq. (by E-mail)
Mitchell Schley, Esq. (by E-mail)

SO ORDERED:

HON. ANDREW L. CARTER, JR.   7-2-12
UNITED STATES DISTRICT JUDGE