UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MEYER, MARC BELL, LARRY MULLIGAN-GIBBS and AIMEE JOHNSON, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>  -  against -<br><br>UNITED STATES TENNIS ASSOCIATION,<br><br>                              Defendant. | No. 11 cv 06268(ALC)(MHD) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion For Reconsideration, Plaintiffs Steven Meyer, Marc Bell, Larry Mulligan-Gibbs and Aimee Johnson (collectively, "Plaintiffs"), will move this Court, before the Honorable Andrew L. Carter, United States District Judge for the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, Courtroom 14A, at a date and time to be determined by the Court, for reconsideration of the portion of the Court's June 22, 2012 Order which stated that, if applicable, the court will discuss sending notice of this action to the Class at the conference scheduled to take place on September 25, 2012.

Dated: New York, New York
          July 5, 2012

                              ABBEY SPANIER RODD & ABRAMS, LLP

                              By:____s/Orin Kurtz_____
                              Judith L. Spanier
                              jspanier@abbeyspanier.com
                              Orin Kurtz

1

okurtz@abbeyspanier.com
212 East 39th Street
New York, New York 10016
Telephone: 212-889-3700

LAW OFFICES OF MITCHELL SCHLEY, LLC
Mitchell Schley, Esq.
mschley@schleylaw.com
245 Park Avenue, 24th Floor
New York, New York 10167
Telephone: 212-672-1848

**Attorneys for Plaintiffs**