UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Steven Meyer, et al.,

                                                    **ORDER**

                    Plaintiff,                      **11-CV- 6268 (ALC) (MHD)**


                    -against-


**United States Tennis Association,**

                    Defendants.
--------------------------------------------------------X

       **A STATUS CONFERENCE** is scheduled for **July 13, 2012** at **10:30 a.m.** in Courtroom

9B located on the 9th Floor at 500 Pearl Street,  New York, New York.  *__Counsel for all parties__*

*__are directed to appear for the conference in person and report to the Courtroom upon arrival__*

*__to the Courthouse.__*



      **SO ORDERED.**

**Dated: New York, New York**
      **July 10,  2012**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-10-12