C9PAMEYCps

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

STEVEN MEYER, et al.,

              Plaintiffs,

          v.                        11 CV 6268 (ALC)

UNITED STATES TENNIS ASSOCIATION,

              Defendant.
------------------------------x
                                    New York, N.Y.
                                    September 25, 2012
                                    10:15 a.m.

Before:

               HON. ANDREW L. CARTER, JR.

                                    District Judge

                    APPEARANCES

ABBEY SPANIER RODD & ABRAMS, LLP
     Attorneys for Plaintiffs
BY:  ORIN R. KURTZ, ESQ.

AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
     Attorneys for Defendant
BY:  NATHAN J. OLESON, ESQ.
```

1             (In open court)
2             THE CLERK:  Can I have cause for status conference in
3    case 11 CV 6268, Meyer, et al. v. United States Tennis
4    Association.  Counsel please state your appearance for the
5    plaintiff.
6             MR. KURTZ:  Good morning, your Honor.  For the
7    plaintiff, Orin Kurtz from Abbey Spanier Rodd & Abrams.
8             THE COURT:  Good morning.
9             THE CLERK:  For the defendant.
10            MR. OLESON:  Good morning, your Honor.  Nathan Oleson,
11   Akin Gump Strauss Hauer & Feld, for defendant.
12            THE COURT:  All right.  Motions have been fully
13   briefed.  I'm not quite ready with a decision on that.  But I
14   just wanted to check in with the parties to see where we are in
15   terms of the status with the rest of the case.  Have there been
16   any other settlement discussions, or just where we are in this
17   case?  Starting with the plaintiff.
18            MR. KURTZ:  Your Honor, the case, as far as progress
19   since the last time that we've been here, the Court will recall
20   that we had received notice that there was a request for
21   summary judgment with an exemption under the recreational or
22   amusement establishment exemption under the Fair Labor
23   Standards Act.  We had requested some discovery on that.  We've
24   served the discovery, and after agreeing to an extension
25   because it was served and with the prior response during the

1    run-up to the U.S. Open, we received the written responses last
2    week and documents yesterday morning.  I haven't had a chance
3    to review them or raise any deficiencies yet with opposing
4    counsel.  But that's where we stand with that.
5             We're still hoping to send notice out to the umpires.
6    We had made a motion under 29 U.S.C. 216(b), and the Court
7    granted that motion at a hearing on July 13, and we believe the
8    time is ripe now to send that motion out.  There were some
9    arguments by the USTA about delaying the notice until after the
10   U.S. Open, and the U.S. Open is now over.
11            There's been no dispute, there's no real dispute, with
12   the exception of possibly one term on the content of the
13   notice.  All we'd need is a class list with e-mail addresses
14   and street addresses, and we can send that notice out within
15   seven days of receiving them.  That's where we stand at this
16   time.
17            THE COURT:  OK.  Thank you, Mr. Kurtz.
18            Mr. Oleson.
19            MR. OLESON:  Thank you, your Honor.  Mr. Kurtz is
20   correct.  We have had the discovery they served on the seasonal
21   exemption.  It came in a few weeks after the prior conference
22   we had back in June.  We were poised to respond to that, but in
23   the run-up to the Open we had to request an extension until
24   afterwards.  We served those responses last week, as Mr. Kurtz
25   noted.

1           As Mr. Kurtz also noted, we've been requesting leave
2    to file a motion for summary judgment since, I think, May now.
3    I don't know if he believes he needs any further discovery
4    beyond the documents that he's asked for.  I know he asked for
5    one deposition at the June conference.  But we're prepared to
6    finish that up in short order and go forward and file our
7    motion.
8           Mr. Kurtz also referenced the motion to send notice,
9    under 216(b), and your Honor received some briefing,
10   supplemental briefing, on the timing of that notice.  He is
11   correct that we did point out that we believe sending the
12   notice during the Open would be inappropriate.  But we also
13   argued, your Honor, in that brief, under the precedent in this
14   district and both under Rule 23 and under 216(b), that you do
15   have the discretion to wait to consider the motion for summary
16   judgment first.  We believe that would be the most efficient
17   way to resolve the case.  Obviously, if the four named
18   plaintiffs had no claims, there's no need to bring the class in
19   to then figure out what to do with them after.
20          And again, that's in our papers in the *Philip* case and
21   in the *Starbucks Gratuity* case.  We believe it's proper to
22   defer the decision or the sending of the notice pending our
23   summary judgment motion.
24          THE COURT:  OK.  Thank you.
25          Now, plaintiff's counsel, you indicated that you

1    received a response to some discovery requests last week.  How
2    soon will you know if you need to follow-up with anything else?
3            MR. KURTZ:  Well, I know now that there are some
4    categories of documents that the written requests indicated
5    would not be produced that we do deem essential to any
6    opposition for motion for summary judgment.  I will be able to
7    review the documents and get a letter to the United States
8    Tennis Association or confer on the phone by this coming
9    Monday.
10           THE COURT:  All right. Let's do that.  Let's have the
11   parties file a two-week status report on October 22.  I will
12   have a status on the case, in particular this discovery
13   regarding the partial summary judgment motion.  And let's have
14   that filed on October 22, see where we are at that point.
15           Anything else for plaintiff today?
16           MR. KURTZ:  No, your Honor.  Just because it wasn't
17   expressly addressed, I just wanted to follow up on the notice
18   and see if your Honor has a decision on the timing that.
19           THE COURT:  Not at this time.
20           Anything else, for the defendant?
21           MR. OLESON:  No, your Honor.
22           THE COURT:  All right.  Thank you very much.
23                                o0o
24
25