D3ECMEYC                        Conference

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

STEVEN MEYER, et al.,

              Plaintiffs,

         v.                          11 CV 6268 (ALC)

U.S. TENNIS ASSOCIATION,

              Defendant.

------------------------------x
                                     New York, N.Y.
                                     March 14, 2013
                                     4:03 p.m.

Before:

              HON. ANDREW L. CARTER, JR.,

                                     District Judge

                        APPEARANCES

ABBEY, SPANIER, RODD & ABRAMS
     Attorneys for Plaintiff
BY:  ORIN R. KURTZ

AKIN, GUMP, STRAUSS, HAUER & FELD
     Attorneys for Defendant
BY:  NATHAN J. OLESON

```
 1              (In open court)

 2              (Case called)

 3              THE DEPUTY CLERK:  Counsel, please state your

 4     appearance for the plaintiffs.

 5              MR. KURTZ:  Good afternoon, your Honor.

 6              Orin Kurtz of Abbey Spanier, LLP for the plaintiff.

 7              THE DEPUTY CLERK:  And for the defendants.

 8              MR. OLESON:  Good afternoon, your Honor.

 9              Nathan Oleson of Akin, Gump, Strauss, Hauer & Feld for

10     the defendant, United States Tennis Association.

11              THE COURT:  Okay.  Good afternoon.

12              I've received the parties' submissions.  I'm going to

13     hold off on allowing the defendants to file the motion for

14     summary judgment for now, but I will be deciding the motion for

15     class certification soon.  I anticipate having a decision on

16     that sometime in the month of April.  And once that takes

17     place, obviously, we can start moving forward with the summary

18     judgment motions, and deal with that.

19              Regarding the collective action that the Court has

20     already conditionally certified, I know there's a dispute

21     between the parties as to the proposed notices to go out.

22              We've received the parties' proposed notices through

23     ECF.  It would be helpful to the Court if the parties could

24     submit those by email to chambers in Microsoft Word, so we can

25     get you a decision on those quickly, as well.
```

1          So, again, I know defendants are anxious to file the

2     motion for summary judgment.  Just hold off for now and we'll

3     move things along shortly.

4          Anything else from plaintiff's counsel today?

5          MR. KURTZ:  No, your Honor.

6          THE COURT:  Okay.  Anything else from defense counsel?

7          MR. OLESON:  Just, your Honor, obviously, we made our

8     position known before, but I would just reiterate our position

9     that the motion for summary judgment, we believe, would be the

10    most expeditious way of handling this litigation before any

11    sort of decision is made on the collective action

12    certification.

13         THE COURT:  Okay.  Thank you.

14         Anything else from defense counsel today?

15         MR. OLESON:  No, your Honor.

16         THE COURT:  Okay.  Thank you very much.

17         Actually, hold on.  Yes.  Plaintiff's counsel.

18         MR. KURTZ:  I just wanted to raise one issue.

19         In the letters that were coming back and forth to your

20    Honor, there was some talk of additional discovery.  I hesitate

21    to even call it additional discovery, because we received

22    documents, and then the next day there was a request to your

23    Honor for the summary judgment motion.

24         There is at least one document that we'd like to

25    depose somebody about.  It's a document received in mid- to

D3ECMEYC                        Conference

1    late January of this year and mentioned in our letters to the

2    Court.  I can take this up with the magistrate, but there's

3    just a short deposition that we'd like to take in connection

4    with one document and a discrete topic related to that.

5           THE COURT:  Okay.  I'll let the parties confer with

6    each other, and if you can't resolve it, then take it up with

7    the magistrate judge.

8           MR. KURTZ:  Okay.  Thank you.

9           THE COURT:  All right.  Thank you very much.

10          MR. KURTZ:  Thank you.

11                              *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25