Carter, a.

PREET BHARARA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax  (212) 637-2750
leslie.ramirez-fisher@usdoj.gov

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LINDA SANCHEZ,                  :
                                :           ECF
            Plaintiff,          :
                                :
     - v. -                     :
                                :           STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :           13 Civ. 1268 (ALC)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 14, 2013 to and including July 15, 2013.  The reason for the request is that the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
April 16, 2013

*(signature)*
DANIEL BERGER, ESQ.
Attorney for Plaintiff
1000 Grand Concourse
Suite 1A
Bronx, New York   10451
Tel. No: (718) 588-4715

PREET BHARARA
United States Attorney
Southern District of New York

By: *(signature)*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Tel.  (212) 637-0378
Fax  (212) 637-2750
leslie.ramirez-fisher@usdoj.gov

SO ORDERED:

*(signature)*
UNITED STATES DISTRICT JUDGE   4-25-13