```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN MEYER, MARC BELL, LARRY
MULLIGAN-GIBBS and AIMEE JOHNSON,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,                11 CIVIL 6268 (ALC) (MHD)

      -against-                    **JUDGMENT**

UNITED STATES TENNIS ASSOCIATION,,
                Defendant.
-----------------------------------------------------------X

      Both parties having moved for summary judgment, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on September 11, 2014, having rendered its Opinion and Order granting Defendant's motion for summary judgment, denying Plaintiffs' cross-motion for summary judgment, and requesting the Clerk of the Court to enter judgment for Defendant and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 11, 2014, Defendant's motion for summary judgment is granted; Plaintiffs' cross-motion for summary judgment is denied and judgment is hereby entered for Defendant; accordingly, the case is closed.

Dated: New York, New York
         September 15, 2014

                                                RUBY J. KRAJICK
                                                Clerk of Court
                          BY:
                                                  Deputy Clerk

                                              THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON _____